IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00426-MEH

TERRELL FREDERICK, on behalf of himself and his minor child, LF,

    Plaintiff,

v.

SWH MIMI'S CAFÉ, LLC,

    Defendant.

## ORDER CLOSING CASE

Before the Court is a Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed May 19, 2017; ECF No. 18]. The Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 22nd day of May, 2017.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        Michael E. Hegarty
                        United States Magistrate Judge